UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYLA MONTGOMERY, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

PEEK TRAVEL, INC.,

                Defendant.

25-CV-1015 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's February 5, 2025 Order, Dkt. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **April 30, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 2, 2025**.

    SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                      United States District Judge