UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAYLA MONTGOMERY, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>     -against-<br><br>PEEK TRAVEL, INC.,<br><br>                       Defendant. | 25-CV-1015 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Discovery in this case is hereby stayed pending the Court's decision on defendant's motion to dismiss.

      SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                United States District Judge