UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kayla Montgomery,<br><br>                Plaintiff,<br><br>      -against-<br><br>Peek Travel, Inc.,<br><br>               Defendants. | 25-CV-1015 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The joint letter motion to seal, Dkt. 56, is DENIED WITHOUT PREJUDICE. The motion does not comply with the Court's Individual Civil Practice Rules, Section 11(C)(iii) which requires that a party seeking to submit a redacted document must, "[a]t the same time" it seeks leave of Court, "file under seal on ECF (with the appropriate level of restriction) and electronically relate to the motion an unredacted copy of the document with the proposed redactions highlighted."

The parties have failed to file an unredacted version of the document provisionally under seal. The Court cannot decide on whether to permit sealing without understanding what the parties wish to seal. Should the parties file such a document and renew their request, the Court will consider it at that time.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 56.

SO ORDERED.

Dated: March 25, 2026
      New York, New York

                                          ARUN SUBRAMANIAN
                                        United States District Judge