UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kayla Montgomery,

                              Plaintiff,

             -against-

Peek Travel, Inc.,

                              Defendant.

25-CV-1015 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Peek's motion to stay is DENIED. Even assuming the motion was timely, it fails on the merits.

Peek raises nontrivial arguments regarding potential double recovery, preclusion, and release. But regardless of the outcome of the pending class action in state court, the claims related to the other attractions would still persist. Although Peek notes that the Museum of Ice Cream represents the majority of both the amount of fees charged and the quantity of tickets sold, that does not justify a stay of claims that it does not dispute would not be affected by the parallel action. Peek does not explain how discovery or motion practice would be significantly affected by the potential resolution of the MOIC claims, given the other claims would remain.

Peek's argument that Montgomery failed to adequately allege an injury from the other attractions fails. Even if the complaint would need an amendment following resolution of the state court action to more clearly state her claims based on fees charged for her tickets to ARTECHOUSE instead of MOIC, that would not justify a stay since the Court does not see how Peek would be prejudiced by any potential amendment.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 51.

SO ORDERED.

Dated: April 13, 2026
       New York, New York

ARUN SUBRAMANIAN
United States District Judge